IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOLDINGS, INC.,

    Plaintiff,               21cv1579
                             ELECTRONICALLY FILED

        v.

SELECT ENERGY SERVICES, LLC, and
RED OAK TRANSFER NE, LLC,

    Defendants.

<u>Order on Motions for Summary Judgment and Mediation</u>

And now, this 1st day of September, 2022, for the reasons set forth in the accompanying Memorandum Opinion, the Motion for (Partial) Summary Judgment of Select Energy (doc. 59) is GRANTED, and the Motion for (Partial) Summary Judgment of Red Oak (doc. 63) is GRANTED.  The breach of contract claims are held for trial.

The parties shall proceed to a second round of mediation before David B. White, of White ADR Services, with costs to be split equally, and the mediation shall occur on or before the week of November 14, 2022, upon scheduling conferral with Mr. White.  The parties shall file an appropriate ADR stipulation by September 9, 2022, setting forth the particulars of the mediation session, including the date certain for the mediation.

                            SO ORDERED, this 1st day of September, 2022

                            /s Arthur J. Schwab_____
                            Arthur J. Schwab
                            United States District Judge

cc:  All counsel of record