# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Holdings, Inc., | ) |
|     Plaintiff, | ) Civil Action No. 2:21-cv-01579 |
| v. | ) |
| Select Energy Services, LLC and<br>Red Oak Water Transfer NE, LLC, | ) |
|     Defendants. | ) |

## REPORT OF NEUTRAL

A Mediation session was held in the above-captioned matter on December 8, 2022.

The case (please check one):

_____ has resolved

_____ has resolved in part (see below)

\_\_\_\_X\_\_\_\_ has not resolved.

_____

Dated:  December 9, 2022         **/s/David B. White, Esquire**
                                 Signature of Neutral